UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN VAN BUREN,<br><br>      Plaintiff,<br><br>  v.<br><br>PAUL DENNISON, et al.,<br><br>      Defendants. | Case No. 23-cv-01272 BLF<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: _**March 31, 2024**____

                                              _____
                                              BETH LABSON FREEMAN
                                              United States District Judge

Judgment
P:\PRO-SE\BLF\CR.23\01272VanBuren_judgment